(Docket Nos. 2, 9)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| ELVIS GOODEN, SR., | : |
| Plaintiff, | : Civil No. 05-2472 (RBK) |
| v. | : **ORDER** |
| TOWNSHIP OF MONROE, et al., | : |
| Defendants. | : |

This matter comes before the Court on motions by Defendants Township of Monroe, et al. ("Defendants"), to dismiss the claims of Plaintiff Elvis Gooden, Sr. ("Plaintiff), or, in the alternative, for summary judgment; and motion by Plaintiff to supplement his opposition to Defendants' motion; and the Court having considered the moving papers, and the Opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS hereby **ORDERED** that Defendants' motion to dismiss is DENIED;

IT IS further **ORDERED** that Defendants' motion for summary judgment in the alternative is **DENIED** without prejudice;

IT IS further **ORDERED** that Plaintiff's motion to supplement his opposition is **DENIED** as moot.

Dated: 3-7-06            S/Robert B. Kugler
                         ROBERT B. KUGLER
                         United States District Judge